UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON

CIVIL ACTION NO. 06-101-KKC

EDSEL EUGENE HALE                                                    PETITIONER

v.                                    **ORDER AND OPINION**

LARRY CHANDLER, WARDEN                                        RESPONDENT

**** **** **** ****

Petitioner, Edsel Eugene Hale ("Hale") filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (DE #1). Consistent with local practice, this matter was referred to the United States Magistrate Judge for consideration.

The Magistrate Judge filed a proposed report and recommendation on July 24, 2006. Based on a review of the state court record and the applicable case law relevant to federal habeas corpus petitions, the Magistrate Judge concluded that Hale had not exhausted his state remedies under RCr 11.42 for his claim of ineffective assistance of trial counsel. Accordingly, the Magistrate Judge recommends that Hale's petition for the writ of habeas corpus be stayed and held in abeyance while Hale pursues exhaustion of state remedies on the condition that Hale file his state RCr 11.42 motion within thirty days of the report and recommendation, dated July 24, 2006. Petitioner not having made any objections to the Magistrate Judge's findings, the Court hereby adopts the Magistrate Judge's report and recommendation.

Accordingly, the Court, being otherwise fully and sufficiently advised, HEREBY ORDERS that

(1)     the Magistrate Judge's report and recommendation [DE # 11] is ADOPTED

as and for the opinion of the Court;

(2)     Respondent's Motion to Dismiss the Petition for Writ of Habeas Corpus, or

        in the alternative, Motion for Summary Judgment [DE # 6] is DENIED;

(3)     the Petition for a Writ of Habeas Corpus [DE #1] is STAYED AND HELD

        IN ABEYANCE while Petitioner pursues exhaustion of state remedies;

(4)     Petitioner shall notify this Court within thirty days upon exhaustion of state

        RCr 11.42 proceedings;

(5)     a certificate of appealability should not be issued; and

(6)     judgment will be entered contemporaneously with this opinion and order.

This the 14th day of December, 2006.

**Signed By:**

**_Karen K. Caldwell_**

**United States District Judge**

2